STEPHANIE ZINNA, ESQ.
Nevada Bar No. 011488
OLSON CANNON & GORMLEY
9950 W. Cheyenne Avenue
Las Vegas, NV  89129
P:  (702) 384-4012
F:  (702) 383-070
szinna@ocgattorneys.com
Attorney for Defendants
*Christensen Development, LP and
Trails Village Center*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIETTA VALLEN, an individual, <br><br>         Plaintiff, <br><br> v. <br><br> ALBERTSON'S LLC., a Foreign Limited-Liability Company; CHRISTENSEN DEVELOPMENT, LP, a Foreign Limited Partnership; TRAILS VILLAGE CENTER COMPANY, an unregistered Domestic Corporation dba TRAILS VILLAGE CENTER; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive, <br><br>         Defendants. | CASE NO.: 2:24-cv-2155-RFB-EJY |

**DEFENDANTS CHRISTENSEN DEVELOPMENT, LP AND TRAILS VILLAGE CENTER'S MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST TO DISCONTINUE NOTICE OF PROCEEDINGS**

COMES NOW Defendants CHRISTENSEN DEVELOPMENT, LP and TRAILS VILLAGE CENTER, by and through their attorney of record STEPHANIE ZINNA, ESQ. of the law firm OLSON CANNON & GORMLEY hereby request removal from the CM/ECF Service List, of attorneys MICHAEL A. FEDERICO, ESQ. and ALEXANDER ADRIAN, ESQ. of the law firm OLSON CANNON & GORMLEY, and Discontinuation of Notice of Proceedings to

Attorneys MICHAEL A. FEDERICO, ESQ. and ALEXANDER ADRIAN, ESQ.. Attorneys MICHAEL A. FEDERICO, ESQ. and ALEXANDER ADRIAN, ESQ. will no longer be representing these moving Defendants in this matter and it is no longer necessary that counsel receive CM/ECF notice of ongoing proceedings.

Accordingly, removal of attorneys MICHAEL A. FEDERICO, ESQ. and ALEXANDER ADRIAN, ESQ. from the CM/ECF Service list in this matter, USDC Case No: 2:24-cv-2155-RFB-EJY, is hereby requested.

DATED this 6th day of February, 2025.

OLSON CANNON & GORMLEY

__/s/ Stephanie Zinna, Esq._____
STEPHANIE ZINNA, ESQ.
Nevada Bar No. 011488
9950 W. Cheyenne Avenue
Las Vegas, NV  89129
Attorney for Defendants
*Christensen Development, LP and Trails Village Center*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date:  February 6, 2025

2