1  STEPHANIE ZINNA, ESQ.
2  Nevada Bar No. 011488
   OLSON CANNON & GORMLEY
3  9950 W. Cheyenne Avenue
   Las Vegas, NV  89129
4  P:  (702) 384-4012
   F:  (702) 383-070
5  szinna@ocgattorneys.com
6  Attorney for Defendants
   *Christensen Development, LP and*
7  *Trails Village Center*

8  **UNITED STATES DISTRICT COURT**
9  **DISTRICT OF NEVADA**

| MARIETTA VALLEN, an individual, | CASE NO.: 2:24-cv-2155- EJY |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND BRIEFING SCHEDULE REGARDING DEFENDANT ALBERTSON'S LLC'S MOTION FOR SUMMARY JUDGMENT** |
| ALBERTSON'S LLC., a Foreign Limited-Liability Company; CHRISTENSEN DEVELOPMENT, LP, a Foreign Limited Partnership; TRAILS VILLAGE CENTER COMPANY, an unregistered Domestic Corporation dba TRAILS VILLAGE CENTER; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive, | |
| Defendants. | |

Pursuant to Rule IA 6-L of the Local Rules of Practice for the United States District Court, District of Nevada, Plaintiff Marietta Vallen ("**Plaintiff**") and Defendants Albertson's LLC ("**Albertsons**"), Christensen Development, LP ("**Christensen**") and Trails Village Center Company dba Trails Village Center ("**TVC**"), by and through their attorneys of record and hereby stipulate and agree to extend the briefing schedule with respect to Defendant Albertson's LLC's Motion for Summary Judgment [ECF No. 38] ("**MSJ**") as follows:

///

1. Albertsons filed its MSJ on December 9, 2025.

2. The current deadline for dispositive motions is December 11, 2025.

3. Counsel for Defendants Christensen and TVC underwent a medical procedure last week that resulted in complications and a longer recovery period than originally anticipated. Counsel intends to file a substantive joinder to Albertsons' MSJ.

4. Given the circumstances, defense counsel reached out to all parties to ask for a brief extension to file their substantive joinder.

5. The parties have agreed to allow Defendants Christensen and TVC until Monday, December 15, 2025, to file their substantive joinder.

///

///

///

///

///

///

///

///

///

///

///

///

///

6. This is the parties' first request for an extension of the briefing schedule with respect to MSJ. The parties affirm that this extension is not made with an improper purpose but is made in good faith in light of the present circumstances.

DATED this 11th day of December, 2025.      DATED this 11th day of December, 2025

MORGAN & MORGAN                                              OLSON CANNON & GORMLEY


 /s/ Gregory Kraemer, Esq.                                    /s/ Stephanie Zinna, Esq.
GREGORY KRAEMER, ESQ.                                 STEPHANIE ZINNA, ESQ.
Nevada Bar No. 10911                                             Nevada Bar No. 011488
400 South 4th Street, Suite 500                              9950 W. Cheyenne Avenue
Las Vegas, NV 89101                                               Las Vegas, NV 89129
Attorney for Plaintiff                                                Attorney for Defendants
*Christensen Development, LP and Trails Village Center*

DATED this 11th day of December, 2025.

BRANDON | SMERBER LAW FIRM

 /s/ Ryan M. Venci, Esq.
LEE BRANDON, JR., ESQ.
Nevada Bar No. 005880
RYAN M. VENCI, ESQ.
Nevada Bar No. 007547
KRISTEN MOLLOY, ESQ.
Nevada Bar No. 14927
139 E. Warm Springs Road
Las Vegas, NV 89119
Attorney for Defendant
*ALBERTSON'S LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: December 11, 2025