UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MARIETTA VALLEN, an individual,

Plaintiff,

v.

ALBERTSON'S LLC.; CHRISTENSEN DEVELOPMENT, LP; TRAILS VILLAGE CENTER COMPANY d/b/a TRAILS VILLAGE CENTER,

Defendants.

ALBERTSON'S LLC,

Cross claimant,

v.

CHRISTENSEN DEVEOPMENT LP; and TRAILS VILLAGE CENTER,

Cross defendant.

Case No. 2:24-cv-2155-EJY

**ORDER**

Pending before the Court is the parties' Stipulation to Dismiss all claims against all Defendants and all Cross-Defendants with prejudice, leaving no remaining party. ECF No. 47. The Stipulation further establishes each party is to bear its own fees and costs.

Accordingly, IT IS HEREBY ORDERED that the Stipulation to Dismiss all Defendants and Crossclaim Against Cross-Defendant, Christensen Development, LP and Trails Village Center, with Prejudice Leaving No Remaining Party (ECF No. 47) is GRANTED, each party bear its own fees and costs.

IT IS FURTHER ORDERED that the Clerk of Court must close this case.

Dated this 2nd day of April, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1